⚫PROB 12C( 7/93)

# UNITED STATES DISTRICT COURT

for

## WESTERN DISTRICT OF TEXAS

FILED

2018 AUG 30 ••• 3:09

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
                      DEPUTY

Petition for Warrant or Summons for Offender Under Supervision

**Name of Offender:** Rutilo Uriostegui-Mojica, aka: Rotelo Ureostahue

**Case Number:** EP:17-CR-797KC(1)

**Name of Sentencing Judicial Officer:** Kathleen Cardone, U.S. District Judge

**Date of Original Sentence:** August 2, 2017

**Original Offense:** Illegal Re-Entry, in violation of 8 U.S.C. § 1326

**Original Sentence:** Time served followed by three (3) years supervised release

**Type of Supervision:** Supervised Release

**Date Supervision Commenced:** August 2, 2017

**Assistant U.S. Attorney:** Patricia Aguayo                **Defense Attorney:** Shane McMahon

## PETITIONING THE COURT

[X]   To issue a warrant

[ ]   To issue a summons

The probation officer believes that the offender has violated the following conditions of supervision:

**Violation Number 1:** The defendant shall not commit another federal, state or local crime during the term of probation.

> **Nature of Noncompliance:** According to the Criminal Complaint filed in the Middle District of Florida, Tampa Division, under Case No. 8:18MJ1724JSS, on August 8, 2018, a Border Patrol agent encountered Rutilo Uriostegui-Mojica, aka: Rotelo Ureostahue, during a traffic stop on a vehicle suspected of containing illegal aliens. Upon questioning, Uriostegui-Mojica admitted being a citizen of Mexico, and further admitted he illegally entered the United States near McAllen, Texas in September 2017. A records check revealed Uriostegui-Mojica was previously removed from the United States to Mexico on August 15, 2017, subsequent to a prior felony conviction for Illegal Re-Entry under Dkt. No. EP-17-CR-797KC(1). Uriostegui-Mojica had not received the consent of the Attorney General of the United States or the Secretary of Homeland Security to reapply for admission into the United States. A preliminary hearing was held on August 9, 2018, and Uriostegui-Mojica was detained pending further court proceedings. He remains in federal custody.

Rutilo Uriostegui-Mojica, aka: Rotelo Ureostahue
Docket No. EP:17-CR-797KC(1)
Petition for Warrant or Summons for Offender Under Supervision
Page 2

### U.S. Probation Officer Recommendation:

The term of supervision should be

[X] revoked.

[ ] extended for _____ years, for a total term of _____ years.

[ ] the conditions of supervision should be modified as follows:

Respectfully submitted,

*Xochitl Martinez*
Xochitl Martinez
U.S. Probation Officer
Office (915) 585-6558
Cellular (915) 861-8699

Approved by,

*Otis L. Martin*
Otis L. Martin
Supervising U.S. Probation Officer
Office (915) 585-6563
Cellular (915) 861-8288

Date: August 22, 2018

### THE COURT ORDERS:

[ ] No action.

[X] The issuance of a warrant.

[ ] The issuance of a summons.

[ ] Other

*Kathleen Cardone*
Kathleen Cardone, U.S. District Judge

August 30, 2018
Date

The Honorable Amanda Arnold Sansone
Re: Rutilo Uriostegui-Mojica

**INITIAL HEARING RECOMMENDATION:**

Mr. Uriostegui-Mojica is currently serving a three year term of supervised release in the Western District of Texas for Illegal Re-entry. On or about August 8, 2018, Mr. Urieostegui-Mojica re-entered the United States without permission from the appropriate governmental authority after having been deported. He was subsequently charged with Illegal Re-Entry and sentenced in the Middle District of Florida on January 8, 2019 to 13 months in the custody of the Bureau of Prisons, with credit for time served, followed by a thirty-six month term of supervised release. In addition to the new charge in the Middle District of Florida, his illegal re-entry was also a violation of his supervision in the Western District of Texas. At this time, it is recommended that Mr. Uriostegui-Mojica be detained and returned to the Western District of Texas pending a final revocation hearing.

Respectfully Submitted:


/s/ Trindle Hough Smith

Trindle Hough Smith
United States Probation Officer
Date: January 14, 2019
813-301-5756



cc:       Joseph C. Collins, Chief
          United States Probation Officer